IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Victor Manuel Guerrero Garcia and Hugo Javier Martinez, | ) ) ) |
| Plaintiffs, | ) ) Case No. |
| v. | ) ) ) PLAINTIFFS DEMAND TRIAL |
| GVCM Corp. and George Vink, | ) BY JURY ) ) |
| Defendants. | ) |

## COMPLAINT

Plaintiffs, Victor Manuel Guerrero Garcia ("Plaintiff" for Count I) and Hugo Javier Martinez ("Plaintiff" for Count 2) , by attorneys, Justicia Laboral LLC and Dan Schlade, complain against GVCM Corp. ("Defendant" or "GVCM"') and George Vink ("Defendant" or "Vink"). GVCM and Vink may collectively be referred to as ("Defendants"). In support of this Complaint, Plaintiffs state:

### Introduction

1. This action seeks redress for Defendant's willful violations of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. ("FLSA"), as well as any related state law claims, for Defendants' failure to pay wages owed.

### Parties

2. Plaintiff Victor Manuel Guerrero Garcia is a resident of Jacksonville, Florida, and was employed by Defendants.

3. Plaintiff Hugo Javier Martinez is a resident of Jacksonville, Florida, and was employed by Defendants.

4. Defendant GVCM Corp. is a corporation that conducts business in the state of Florida.

5. Defendant George Vink is the owner and President of GVCM Corp, and he is in charge of its employees. On information and belief, George Vink is a are resident of Port St. Lucie, Florida.

6. Defendants operate as an enterprise engaged in commerce or in the production of goods for commerce under 29 USC § 203(s)(1)(A)(i) and (ii) the business has annual gross volume of sales made or business done of at least $500,000; and because the business is engaged in interstate commerce or in the production of goods for interstate commerce.

## Jurisdiction And Venue

7. The Court possesses subject matter jurisdiction over the FLSA claim(s) pursuant to 29 U.S.C. § 216(b) and 28 U.S.C. § 1331 (federal question), and 28 U.S.C. §1337; and supplemental jurisdiction over any related state law claim(s) pursuant to 28 U.S.C. § 1367.

8. Venue is proper in the Southern District of Florida because all underlying facts and transactions occurred in or about Port St. Lucie, Florida.

## Facts Common To All Claims

9. Defendant GVCM Corp. is an "employer" as that term is defined in Section 203 of the FLSA, because it is a privately owned for-profit entity.

10. George Vink is an "employer" as that term is defined in Section 203 of the FLSA, because: (1) he was Plaintiffs' head "boss" at GVCM Corp.; (2) he had the power to hire and fire the employees, including Plaintiffs; (3) he supervised and controlled Plaintiffs' work schedules and conditions of employment; (4) he determined the rate and method of payment for employees; and (5) he maintained employment records.

## COUNT I – VIOLATION OF THE FLSA
### (On Behalf of Plaintiff Victor Manuel Guerrero Garcia against Defendants)

11. Plaintiff reincorporates by reference Paragraphs 1 through 10, as if set forth in full herein for Paragraph 11.

12. Plaintiff began working at Defendant GVCM Corp. in or before October 2021 until January 2022.

13. At all times, Plaintiff held the same position at Defendant GVCM Corp.; he was a construction worker. Plaintiff was an "employee" of Defendant GVCM Corp. as that term is used in Section 203 of the FLSA because he was employed by Defendant GVCM Corp. to perform general labor, and they do not fall into any of the exceptions or exemptions for workers under the FLSA.

14. Although schedules are subject to change, Plaintiff's general schedule with Defendant GVCM Corp. required Plaintiff to work on average 40 hours per week.

15. Plaintiff was paid their wages on an hourly basis.

16. Plaintiff's wages were not based on the number of jobs performed or completed, nor was it based on the quality or efficiency of his performance.

17. Plaintiff's rate of pay was $25.00 per hour.

18. Defendants have failed to pay Plaintiff all the amounts due and owing Plaintiff for the work he realized during the last 3 weeks of his employment with Defendants.

19. Defendants' failure and refusal to pay Plaintiff his owed wages for hours worked was a willful violation of the FLSA, in that Plaintiff has made both verbal and written demands for his payment but Defendants have refused to pay the amounts due and owing Plaintiff.

20. Plaintiff is entitled to recover unpaid wages and liquidated damages for up to three (3) years prior to the filing of this lawsuit. On information and belief, this amount includes: (i)

$3,000.00 in unpaid wages; (ii) liquidated damages of $3,000.00; and (iii) Plaintiff's attorney's fees and costs, to be determined. A calculation of Plaintiff's damages are attached as Exhibit A.

**WHEREFORE**, Plaintiff Victor Manuel Guerrero Garcia respectfully requests that the Court enter judgment in his favor and against Defendants GVCM Corp. and George Vink, joint and severally, for:

A. The amount of unpaid wages for all time worked by Plaintiff in individual work weeks, totaling at least $3,000.00.

B. An award liquidated damages in an amount equal to at least $3,000.00

C. A declaration that Defendant violated the FLSA.

D. An award reasonable attorneys' fees and costs; and

E. Any such additional or alternative relief as this Court deems just and proper.

## COUNT II:  BREACH OF CONTRACT
(**On Behalf of Plaintiff Victor Manuel Guerrero Garcia against Defendants**)

21. Plaintiff Victor Manuel Guerrero Garcia entered into an employment contract with Defendants GVCM Corp. and George Vink, wherein Plaintiff would perform construction and carpentry duties, and in exchange Plaintiff was to receive his wages.

22. Plaintiff performed all the obligations and conditions on its part to be performed under the Agreement.

23. Defendants owe Plaintiff approximately $3,000.00 in unpaid wages. Plaintiff has repeatedly demanded payment of all amounts due and owing from Defendants, who have failed to make any payments.

24. Defendants' failure to make payment constitutes a breach of contract.

25. As a result of the above, Plaintiff Victor Manuel Guerrero Garcia has suffered damages in the amount of $3,000.00, plus costs, prejudgment interest, and attorneys fees.

**WHEREFORE,** Plaintiff Victor Manuel Guerrero Garcia respectfully requests that the Court enter a judgment in its favor and against Defendants and order Defendants to pay $3,000.00, plus costs, prejudgment interest, and attorneys fees.

### COUNT III – VIOLATION OF THE FLSA
### (On Behalf of Plaintiff Hugo Javier Martinez against Defendant)

26. Plaintiff Hugo Javier Martinez reincorporates by reference Paragraphs 1 through 10, as if set forth in full herein for Paragraph 26.

27. Plaintiff began working at Defendant GVCM Corp. in or before October 2021 until January 2022.

28. At all times, Plaintiff held the same position at Defendant GVCM Corp.; he was a construction worker. Plaintiff was an "employee" of Defendant GVCM Corp. as that term is used in Section 203 of the FLSA because he was employed by Defendant GVCM Corp. to perform general labor, and they do not fall into any of the exceptions or exemptions for workers under the FLSA.

29. Although schedules are subject to change, Plaintiff's general schedule with Defendant GVCM Corp. required Plaintiff to work on average 40 hours per week.

30. Plaintiff was paid their wages on an hourly basis.

31. Plaintiff's wages were not based on the number of jobs performed or completed, nor was it based on the quality or efficiency of his performance.

32. Plaintiff's rate of pay was $25.00 per hour.

33. Defendants have failed to pay Plaintiff all the amounts due and owing Plaintiff for the work he realized during the last 3 weeks of his employment with Defendants.

34. Defendants' failure and refusal to pay Plaintiff his owed wages for hours worked was a willful violation of the FLSA, in that Plaintiff has made both verbal and written demands for his payment but Defendants have refused to pay the amounts due and owing Plaintiff.

35. Plaintiff is entitled to recover unpaid wages and liquidated damages for up to three (3) years prior to the filing of this lawsuit. On information and belief, this amount includes: (i) $3,000.00 in unpaid wages; (ii) liquidated damages of $3,000.00; and (iii) Plaintiff's attorney's fees and costs, to be determined. A calculation of Plaintiff's damages are attached as Exhibit B.

**WHEREFORE** Plaintiff Hugo Javier Martinez respectfully requests the Court enter judgment in his favor and against Defendants GVCM Corp. and George Vink, joint and severally., for:

A. The amount of unpaid wages for all time worked by Plaintiff in individual work weeks, totaling at least $3,000.00.

B. An award liquidated damages in an amount equal to at least $3,000.00.

C. A declaration that Defendant violated the FLSA.

D. An award reasonable attorneys' fees and costs; and

E. Any such additional or alternative relief as this Court deems just and proper.

### COUNT IV:  BREACH OF CONTRACT
**(On Behalf of Plaintiff Hugo Javier Martinez against Defendant)**

36. Plaintiff Hugo Javier Martinez entered into an employment contract with Defendants GVCM Corp. and George Vink, wherein Plaintiff would perform construction and carpentry duties, and in exchange Plaintiff was to receive his wages.

37. Plaintiff performed all the obligations and conditions on its part to be performed under the Agreement.

38. Defendants owe Plaintiff approximately $3,000.00 in unpaid wages. Plaintiff has repeatedly demanded payment of all amounts due and owing from Defendants, who have failed to make any payments.

39. Defendants' failure to make payment constitutes a breach of contract.

40. As a result of the above, Plaintiff Hugo Javier Martinez has suffered damages in the amount of $3,000.00, plus costs, prejudgment interest, and attorneys fees.

**WHEREFORE,** Plaintiff Hugo Javier Martinez respectfully requests that the Court enter a judgment in its favor and against Defendants and order Defendants to pay $3,000.00, plus costs, prejudgment interest, and attorneys fees.

s/ Daniel Schlade
**Justicia Laboral LLC**
Daniel I. Schlade (Bar No.#1034991)
Attorney For Plaintiff
Justicia Laboral, LLC
6232 N. Pulaski, #300
Chicago, IL 60646
773-550-3775
Email: dschlade@justicialaboral.com

**PLAINTIFF DEMANDS TRIAL BY JURY**

EXHIBIT A Victor Manuel Guerrero Garcia

| Week | Av. Hours/Wk. | Hrly. Wage | MW/Hr. | Unpaid Wages |
|---|---|---|---|---|
| 10/3/2021 | 40 | $25.00 | $10.00 | $0.00 |
| 10/10/2021 | 40 | $25.00 | $10.00 | $0.00 |
| 10/17/2021 | 40 | $25.00 | $10.00 | $0.00 |
| 10/24/2021 | 40 | $25.00 | $10.00 | $0.00 |
| 10/31/2021 | 40 | $25.00 | $10.00 | $0.00 |
| 11/7/2021 | 40 | $25.00 | $10.00 | $0.00 |
| 11/14/2021 | 40 | $25.00 | $10.00 | $0.00 |
| 11/21/2021 | 40 | $25.00 | $10.00 | $0.00 |
| 11/28/2021 | 40 | $25.00 | $10.00 | $0.00 |
| 12/5/2021 | 40 | $25.00 | $10.00 | $0.00 |
| 12/12/2021 | 40 | $25.00 | $10.00 | $0.00 |
| 12/19/2021 | 40 | $25.00 | $10.00 | $0.00 |
| 12/26/2021 | 40 | $25.00 | $10.00 | $0.00 |
| 1/2/2022 | 40 | $25.00 | $10.00 | $0.00 |
| 1/9/2022 | 40 | $25.00 | $10.00 | $0.00 |
| 1/16/2022 | 40 | $25.00 | $10.00 | $1,000.00 |
| 1/23/2022 | 40 | $25.00 | $10.00 | $1,000.00 |
| 1/30/2022 | 40 | $25.00 | $10.00 | $1,000.00 |
| TOTALS: | | | | $3,000.00 |

## EXHIBIT B Hugo Javier Martinez

| Week | Av. Hours/Wk. | Hrly. Wage | MW/Hr. | Unpaid Wages |
|---|---|---|---|---|
| 10/3/2021 | 40 | $25.00 | $10.00 | $0.00 |
| 10/10/2021 | 40 | $25.00 | $10.00 | $0.00 |
| 10/17/2021 | 40 | $25.00 | $10.00 | $0.00 |
| 10/24/2021 | 40 | $25.00 | $10.00 | $0.00 |
| 10/31/2021 | 40 | $25.00 | $10.00 | $0.00 |
| 11/7/2021 | 40 | $25.00 | $10.00 | $0.00 |
| 11/14/2021 | 40 | $25.00 | $10.00 | $0.00 |
| 11/21/2021 | 40 | $25.00 | $10.00 | $0.00 |
| 11/28/2021 | 40 | $25.00 | $10.00 | $0.00 |
| 12/5/2021 | 40 | $25.00 | $10.00 | $0.00 |
| 12/12/2021 | 40 | $25.00 | $10.00 | $0.00 |
| 12/19/2021 | 40 | $25.00 | $10.00 | $0.00 |
| 12/26/2021 | 40 | $25.00 | $10.00 | $0.00 |
| 1/2/2022 | 40 | $25.00 | $10.00 | $0.00 |
| 1/9/2022 | 40 | $25.00 | $10.00 | $0.00 |
| 1/16/2022 | 40 | $25.00 | $10.00 | $1,000.00 |
| 1/23/2022 | 40 | $25.00 | $10.00 | $1,000.00 |
| 1/30/2022 | 40 | $25.00 | $10.00 | $1,000.00 |
| TOTALS: | | | | $3,000.00 |

Case 9:23-cv-80257-XXXX   Document 1   Entered on FLSD Docket 02/16/2023   Page 9 of 9